# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| IRIS E. HENRY, on behalf of herself and all others similarly situated, | : | Case No. 1:24-cv-00391 |
| | : | |
| | : | Judge Matthew W. McFarland |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| AUXILIO SERVICES, INC., | : | |
| | : | |
| Defendant. | : | |

## ORDER OF DISMISSAL

This matter is before the Court on the Joint Stipulation of Dismissal (Doc. 8). Accordingly, the Court hereby **ORDERS** that this case is **DISMISSED** with prejudice. The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____

JUDGE MATTHEW W. McFARLAND